# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

### James M. GROVER
### Aviation Electronics Technician Second Class (E-5), U.S. Coast Guard

**CGCMG 0297**
**Docket No. 1387**

**21 January 2015**

General Court-Martial convened by Commander, Seventeenth Coast Guard District.  Tried at Juneau, Alaska, on 6 July 2013.

| | |
|---|---|
| Military Judge: | CAPT Christine N. Cutter, USCG |
| Trial Counsel: | LCDR Stanley P. Fields, USCG |
| Assistant Trial Counsel: | LCDR John D. Cashman, USCG |
| Civilian Defense Counsel: | Mr. Stephen H. Carpenter, Jr. |
| Civilian Defense Counsel: | Ms. Wendellyn S. Wright |
| Military Defense Counsel: | LT Tereza Z. Ohley, USCGR |
| Appellate Defense Counsel: | LT Cara J. Condit, USCG |
| | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LCDR Amanda M. Lee, USCG |

### BEFORE
### McCLELLAND, HAVRANEK[1] & NORRIS
Appellate Military Judges


Per curiam:

Appellant was tried by general court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of making a false official statement, in violation of Article 107, Uniform Code of Military Justice (UCMJ); and two specifications of attempting to possess child pornography in violation of 18 U.S.C. § 2252A and one specification of possessing what appears to be child pornography, in violation of Article 134, UCMJ.  The military judge sentenced Appellant to

---

[1] Judge Havranek did not participate in this decision.

confinement for eighteen months, reduction to E-1, forfeiture of all pay and allowances, and a dishonorable discharge. In accordance with the pretrial agreement, the Convening Authority approved so much of the sentence as provided for confinement for nine months, reduction to E-1, forfeiture of all pay, and a bad-conduct discharge, but suspended the adjudged forfeiture of pay for six months.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

DuJuan E. Brown
Clerk of the Court